**Order entered June 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00397-CV

**BARBARA SIPRIANO, Appellant**

**V.**

**REGIONAL FINANCE CORPORATION OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-02841-D**

## ORDER

We **GRANT** appellant's June 26, 2015 unopposed motion for extension of time to file

brief and **ORDER** the brief be filed no later than July 17, 2015.


/s/     CRAIG STODDART
        JUSTICE